ORDERED in the Southern District of Florida on  Oct. 23, 2008



Robert A. Mark, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | Case No.08-13152-BKC-RAM |
| DALE L. TENHULZEN, | Chapter 7 |
| Debtor. | |
| NATALIYA SONIS, | |
| Plaintiff, | |
| vs. | Adv. No.08-01401-BKC-RAM-A |
| DALE L. TENHOLZEN, | |
| Defendant. | |

### ORDER GRANTING MOTION TO DISMISS

On October 23, 2008 the Court conducted a hearing on Debtor's Motion to Dismiss Complaint (CP# 18) (the "Motion to Dismiss"). For the reasons stated on the record, the Court finds it appropriate to dismiss this adversary proceeding without prejudice and with leave to file an

amended complaint. Therefore, it is –

**ORDERED** as follows:

1. The Motion to Dismiss is granted.

2. The Plaintiff has 20 days from the date of this order to file its amended complaint.

3. The pretrial conference for this adversary proceeding is rescheduled to January 8, 2009 at 10:30 a.m., and will be conducted at the U.S. Bankruptcy Court, 51 S.W. 1st Ave., Courtroom 1406, Miami, Florida.

4. The parties shall comply with the requirements set forth in the initial Order Setting Filing and Disclosure Requirements for Pretrial and Trial. The time deadlines in the Order, as they relate to the Pretrial Conference and Trial, shall refer to the rescheduled dates.

###

Copies Furnished To:

Brian S Behar, Esq

Ronald G Neiwirth, Esq