UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
*Miami Division*

| | |
|---|---|
| IN RE:<br><br>DALE L. TENHULZEN,<br><br>        Debtor.<br>_____<br>NATALLYA SONIS,<br><br>        Plaintiff<br>vs.<br><br>DALE L. TENHULZEN,<br><br>        Defendant. | CASE NO. 08-13152-BKC-RAM<br><br> Chapter 7<br><br>ADV. NO. 08-01401-BKC-RAM-A |

**MOTION TO WITHDRAW AS COUNSEL FOR**
**DEBTOR, DALE L. TENHULZEN**
**and**
**MOTION FOR EXTENSION OF TIME**

  COMES NOW the law firm of FOWLER WHITE BURNETT, P.A. and files its Motion to Withdraw as Counsel for Debtor/Defendant, DALE T. TENHULZEN ("TENHULZEN"), and in support thereof states as follows:

  1. Irreconcilable differences have arisen between undersigned counsel and TENHULZEN.

  2. This Motion is made in good faith and not for purposes of delay.

  3. No harm or prejudice will result to TENHULZEN in the event this Motion is granted.

  4. Plaintiff has recently been allowed to serve a Second Amended Complaint. The current deadline to answer or respond to the Second Amended Complaint is January 12, 2009. Accordingly, in addition to leave to withdraw, undersigned respectfully prays that Defendant be given an extension of time to respond to the Second Amended Complaint, to January 30, 2009.

CASE NO. 08-13152-BKC-RAM

WHEREFORE, the law firm of FOWLER WHITE BURNETT, P.A. respectfully requests that this Court enter an Order granting its Motion to Withdraw and Debtor/Defendant's Motion for Extension of Time.

Respectfully submitted,

_____
Ronald G. Neiwirth
Fla. Bar No. 152175

FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on _____, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on **Brian S. Behar, Esq., and Robert J. Edwards, Esq.,** 2999 N.E. 191st Street, 5th Floor, Aventura, FL 33180, and on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Ronald G. Neiwirth
Ronald G. Neiwirth