

**ORDERED in the Southern District of Florida on January 21, 2009.**

_____
**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
MIAMI DIVISION

| | |
|---|---|
| DALE L. TENHULZEN, | CASE NO. 08-13152-BKC-RAM |
| Debtor. | Chapter 7 |
| NATALIYA SONIS, | ADV. NO. 08-01401-BKC-RAM-A |
| Plaintiff | |
| vs. | |
| DALE L. TENHULZEN, | |
| Defendant. | |

**ORDER GRANTING FOWLER WHITE BURNETT, P.A.'S
MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR/DEFENDANT,
<u>DALE L. TENHULZEN</u>**

THIS CAUSE having come before the Court on FOWLER WHITE BURNETT, P.A.'s Motion to Withdraw as counsel for Debtor/Defendant, DALE L. TENHULZEN, and the Court after hearing argument of counsel and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. FOWLER WHITE BURNETT, P.A.'s Motion is hereby **GRANTED**.

2. RONALD G. NEIWIRTH and FOWLER WHITE BURNETT, P.A., are hereby

CASE NO. 08-13152-BKC-RAM
ADV. NO. 08-01401-BKC-RAM-A

relieved of any and all responsibility with respect to their representation of the Debtor/Defendant, DALE L. TENHULZEN, in the above-styled adversary case number 08-01401-BKC-RAM-A.

3. Debtor/Defendant DALE L. TENHULZEN has until February 3, 2009 to respond to Plaintiff's Second Amended Complaint.

4. Failure to file a timely response to Plaintiff's Second Amended Complaint will result in a default being entered.

5. The last known address of record for DALE L. TENHULZEN was 3500 Frantz Road, Miami, FL 33133. Upon information and belief, he no longer resides at that address.

6. All future pleadings, motions, orders and other papers relating to this matter shall be sent to the email address tenhlzn1@bellsouth.net until new counsel, if any, for DALE L. TENHULZEN enters an appearance in the above-styled adversary case number 08-01401-BKC-RAM-A.

# # #

Conformed Copies to:

Ronald G. Neiwirth, Esq.

> Mr. Neiwirth to serve conformed copy of this Order to all parties in interest and file a Certificate of Service with the Court