UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

IN RE:

DALE L. TENHOLZEN

    Debtor
_____/

NATALIYA SONIS

    Plaintiff

v.

DALE L. TENHOLZEN

    Defendant
_____/

CASE NO. 08-13152-RAM

Chapter 7 Proceeding

ADV. NO. 08-01401-RAM

## MOTION TO WITHDRAW AS COUNSEL FOR NATALIYA SONIS

COMES NOW, the Law Firm of BEHAR, GUTT & GLAZER, P.A., ("BGG"), and hereby files its Motion to Withdraw as Counsel for Nataliya Sonis and moves for an order granting their withdrawal as attorneys, and as grounds states as follows:

1.    On Monday, November 12, 2008, commenced this adversary action on behalf of Nataliya Sonis.

2.    That certain irreconcilable differences have arisen between the Nataliya Sonis and BGG in this matter, including a complete breakdown of communication, which render further representation untenable.

3.    As a result, BGG finds itself unable to continue render effective representation, and respectfully requests that it be permitted to withdraw as counsel to Nataliya Sonis.

4.    Furthermore, on August 18, 2009 Nataliya Sonis personally met with Brian S. Behar. It was during this meeting that Nataliya Sonis requested BGG no longer represent her.

-2-

5. BGG requests that Nataliya Sonis be afforded an opportunity to retain new counsel.

**WHEREFORE**, based on the foregoing, it is requested that this Court enter an Order permitting the withdrawal of BGG as counsel for the Nataliya Sonis, affording Nataliya Sonis the opportunity to retain new counsel in this matter and for any such further relief that this Court deems necessary and proper.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **August 31 , 2009**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the *Motion to Withdraw as Attorney for Nataliya Sonis*, is being served this day via e-mail to tenhlzn1@bellsouth.net; and via mail to: **Dale Tenhulzen**, 3500 Frantz Road, Miami, FL 33133; **Dale Tenhulzen**, 4613 N. University Dr., Suite 190, Coral Springs, FL 33067; and to **U.S. Trustee**, 51 S.W. First Avenue, Room 1204, Miami, Florida 33130; **Drew M. Dillworth, Trustee**, 2200 Museum Tower, 150 W. Flagler Street, Miami, Florida 33130, Ms. Nataliya Sonis, 1174 Arthur Street, Hollywood, Florida 33019 either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BEHAR, GUTT & GLAZER, P.A.
Withdrawing Attorneys for Nataliya Sonis
2999 N.E. 191st Street, Fifth Floor
Aventura, Florida 33180
Tel. (305) 931-3771
Fax (305) 931-3774


By:____/s/_____
    BRIAN S. BEHAR
    FBN: 727131