ORDERED in the Southern District of Florida on Oct. 2, 2009



Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re<br><br>DALE L. TENHULZEN<br><br>Debtor. | Case No. 08-13152-BKC-RAM<br>Chapter 7 |
| NATALIYA SONIS<br><br>Plaintiff,<br><br>vs.<br><br>DALE L. TENHOLZEN<br><br>Defendant. | ADV. NO. 08-01401-BKC-RAM-A |

### ORDER OF DISMISSAL

The Court conducted a status conference on October 1, 2009. In the Court's September 3,

2009 Order Granting Motion to Withdraw as Counsel for Nataliya Sonis and Setting Status Conference [CP #66], the Court advised Plaintiff that if she wished to continue to litigate this case, she must appear at the status conference either through newly acquired counsel, or in person. The Order advised that the court would consider dismissal of the proceeding for failure to comply. Neither Plaintiff, nor an attorney representing Plaintiff, appeared at the status conference. Furthermore, from a review of the docket, no notice of appearance has been filed on behalf of Ms. Sonis. For the foregoing reasons, the Court concludes that this proceeding should be dismissed for failure to comply with the Court's September 3, 2009 Order and for failure to prosecute. Therefore, it is --

**ORDERED** that this adversary proceeding is dismissed with prejudice.

###

COPIES FURNISHED TO:

Nataliya Sonis
c/o Alla Tenina
3931 Coldwater Canyon Ave
Studio City, CA 91604

Dale L. Tenholzen
16431 Wimbledon Ln
Huntington Beach, CA 92649